UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARILYN M. BRASHEAR,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-04-5126-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings.  (Ct. Rec. 25).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 3).  After considering the stipulation,

    **IT IS ORDERED** that the above-captioned case be remanded for further administrative proceedings.  Upon remand, the Administrative Law Judge ("ALJ") shall: 1) give further consideration to Plaintiff's non-exertional limitations; 2) obtain medical expert testimony to assist in the assessment of the extent of the non-exertional limitations reasonably arising from Plaintiff's medically determinable impairments; 3) give further consideration to Plaintiff's treating and examining source opinions (e.g., Dr. French) pursuant to the provisions of 20

ORDER RE: STIPULATED REMAND - 1

C.F.R. § 404.1527 and Social Security Ruling (SSR) 96-2p available at 1996 WL 374188 and SSR 96 5p, available at 1996 WL 374183, and non-examining source opinions pursuant to the provisions of 20 C.F.R. § 404.1527(f) and SSR 96-6p, available at 1996 WL 374180; 4) indicate the weight afforded to the opinion of the state agency reviewing physician that the claimant was limited in reaching in all directions above head level with both arms. 20 C.F.R. § 404.1527(f) and SSR 96-6p, available at 1996 WL 374180; 5) give further consideration to Plaintiff's maximum residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations, 20 C.F.R. § 404.1545 and SSR 96-8p, available at 1996 WL 374189; 6) obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base, SSR 83-12, available at 1983 WL 31253 and SSR 83-14 available at 1983 WL 31254, and, in so doing, ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; and 7) take any further action necessary to render a new decision in this matter.

    This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

    **IT IS FURTHER ORDERED:**

    1. The parties Joint Motion to Remand (**Ct. Rec. 25**) is **GRANTED**.

///

ORDER RE: STIPULATED REMAND - 2

Case 2:04-cv-05126-MWL    Document 26    Filed 03/17/06

1      2.    Judgment shall be entered for the **PLAINTIFF**.

2      3.    An application for attorney fees may be filed by
3  separate motion.

4      4.    The District Court Executive is directed to enter this
5  Order, forward copies to counsel, and thereafter shall **close** this
6  file.

7      DATED this  17th  day of March, 2006.

                                    S/ Michael W. Leavitt
                                    MICHAEL W. LEAVITT
                              UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATED REMAND - 3